UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DASHON HINES,

        Plaintiff,

        -v-                    1:21-CV-601

OFFICE OF TEMPORARY
AND DISABILITY ASSISTANCE
STAFF, ET AL.

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                OF COUNSEL:

DASHON HINES
Plaintiff, Pro Se
124 Fulton Street
Apartment Number 5C
Buffalo, NY 14204

DAVID N. HURD
United States District Judge

## ORDER ADOPTING REPORT & RECOMMENDATION

On May 24, 2021, pro se plaintiff Dashon Hines ("plaintiff") filed this civil rights action alleging that defendant denied his application for temporary assistance in violation of federal law. Dkt. No. 1. Plaintiff also sought leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 2.

On June 7, 2021, U.S. Magistrate Judge Andrew T. Baxter granted plaintiff's IFP application for the purpose of filing only. Dkt. No. 5. Judge Baxter further advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed without prejudice for improper venue. *Id.* Plaintiff has filed objections to the R&R. Dkt. No. 7.

Upon *de novo* review of the portions to which plaintiff has objected, the Report & Recommendation is accepted and adopted in all respects. *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 5) is accepted and adopted; and

2. Plaintiff's complaint is DISMISSED.

IT IS SO ORDERED.

David N. Hurd
U.S. District Judge

Dated: June 24, 2021
       Utica, New York.